TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00229-CR

NO. 03-98-00330-CR

Anthony Davis, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY

NOS. 489927 & 489926, HONORABLE WILFRED AGUILAR, JUDGE PRESIDING

PER CURIAM

Appellant's motions to dismiss these appeals are granted. See Tex. R. App. P. 42.2(a). 
The appeals are dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Appeals Dismissed on Appellant's Motion

Filed: June 25, 1998

Do Not Publish